## 30567. EMORY v. HOPPER.

The judgment of the habeas court affirming appellant's conviction but vacating his sentence and remanding the case to the convicting court for further sentencing procedures is affirmed.

*Judgment affirmed. All the Justices concur, except Ingram, J., who concurs in the judgment only.*

DECIDED JUNE 23, 1976.

*James C. Bonner, Jr.,* for appellant.

*Arthur K. Bolton, Attorney General, John B. Ballard, Jr., Assistant Attorney General,* for appellee.